ACCEPTED
03-15-00246-CR
7651151
THIRD COURT OF APPEALS
AUSTIN, TEXAS
11/3/2015 8:35:13 AM
JEFFREY D. KYLE
CLERK

## NO. 03-15-00246-CR

| | | |
|---|---|---|
| **MARK GORDON MCMURPHY** | § | **IN THE THIRD** FILED IN |
| | | 3rd COURT OF APPEALS |
| | | AUSTIN, TEXAS |
| **v.** | § | **DISTRICT COURT OF** 11/3/2015 8:35:13 AM |
| | | JEFFREY D. KYLE |
| **THE STATE OF TEXAS** | § | **APPEALS OF TEXAS** Clerk |

## STATE'S SECOND MOTION TO EXTEND TIME TO FILE BRIEF

### TO THE HONORABLE JUSTICES OF SAID COURT:

Now comes the State of Texas, Appellee in the above-styled and -numbered cause, and moves for an extension of time of 39 days to file Appellee's brief, and for good cause would show the following:

### I.

Appellant was indicted for Driving While Intoxicated with Two or More Previous Convictions for the Same Type of Offense; the third-degree felony was enhanced to habitual. A jury found him guilty of the offense, and Appellant was sentenced to 60 years in the Texas Department of Criminal Justice. Appellant's brief was initially due on or about June 12th. After Appellant's motion for extension was granted, Appellant submitted his brief on August 21, 2015. The State's brief is currently due on September 23, 2015.

### II.

I anticipate that I will handle the brief for the State in this case. I reviewed, edited and expanded another individual's brief in 03-15-00112-CR prior to

1

submission on October 6th. I sat second chair with another attorney for his oral argument in 03-14-00570-CR on October 7th. I helped one attorney with his brief in 03-15-00153-CR, and I contributed to another attorney's brief which was submitted October 26th in 03-15-00247-CR. I reviewed and submitted another attorney's brief in 03-14-00630-CR on October 30th. I worked on the State's brief in 03-14-00329-CR over the weekend and submitted it late last night. Among others, I have an additional brief currently due on November 9th in 03-14-00712-CR. I have also gathered information on, reviewed and filed answers to expunctions and nondisclosures, including several petitions in the last month. I assisted other attorneys in the office with various issues in their cases and appeals. Because of the foregoing, I have not yet been able to work on a response, and respectfully request an extension of 39 days to file the State's brief. This is the second extension sought by Appellee.

### III.

**WHEREFORE, PREMISES CONSIDERED,** the State's counsel respectfully prays for an extension of 39 days, until December 11, 2015, so that an adequate response may be made to Appellant's brief. This extension is not requested for purposes of delay but so that justice may be done.

Respectfully submitted,

/s/ Joshua D. Presley
**Joshua D. Presley** SBN: 24088254
preslj@co.comal.tx.us
Comal Criminal District Attorney's Office
150 N. Seguin Avenue, Suite 307
New Braunfels, Texas 78130
Ph: (830) 221-1300 / Fax: (830) 608-2008

## CERTIFICATE OF SERVICE

I, Joshua D. Presley, Assistant District Attorney for the State of Texas, Appellee, hereby certify that a true and correct copy of this *State's Second Motion to Extend Time to File Brief* has been delivered to Appellant MARK GORDON MCMURPHY's attorney in this matter:

Gary F. Churak
churaklaw@msn.com
14310 Northbrook Ste. 210
San Antonio, TX  78232
*Counsel for Appellant on Appeal*

By electronic service to the above-listed email address through efile.txcourts.gov, this 3rd day of November, 2015.

/s/ Joshua D. Presley
**Joshua D. Presley**

3